## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

     **Plaintiffs,**

**v.**                               **Case. No. 14-cv-0599 MV/SMV**

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**and JASON LOERA,**

     **Defendants.**

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint against Defendants on June 27, 2014. [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint, or through October 27, 2014, within which to effect service of process. There is no indication on the record that service of process has been effected with respect to Defendants Galassini-Ford and Lorea.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendants Galassini-Ford and Lorea should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiffs shall file their response no later than **November 20, 2014**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**