## AFFIDAVIT OF SERVICE

State of New Mexico          County of Bernalillo          United States District Court Court

Case Number: 1:14-CV-00599 MV/SMV

Plaintiff:
**Crystal Amaya, Brad Cates, Brian Moore, and Kim Ronquillo**
vs.
Defendant:
**Sam Bregman, Michael Corwin, Jamie Estrada, Anissa Galassine-Ford, and Jason Loera**

For:
Patrick Rogers
Patrick J. Rogers, LLC
20 First Plaza Center, N.W., Suite 725
Albuquerque, NM  87102

Received these papers on the 24th day of September, 2014 at 3:52 pm to be served on **Sam Bregman, 901 Third Street, N.W., Ste. A, Albuquerque, NM 87102**.

I, Galen Quinn, being duly sworn, depose and say that on the **25th day of September, 2014** at **2:40 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case, Complaint For Violations Of The Federal Wiretap Act, The Stored Communications Act And Conspiracy To Violate The Federal Wiretap Act** with the date and hour of service endorsed thereon by me, to: **Sam Bregman** at the address of: **901 Third Street, N.W., Ste. A, Albuquerque, NM 87102**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
9/25/2014  2:40 pm   Galen Quinn personally served Sam Bregman (~45 year old white male, 6'3", 225 lbs., brown hair, no glasses) at 901 Third Street, N.W., Ste. A, Albuquerque, NM 87102.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 6th day of October, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
Carmela Martin
Notary Public
State of New Mexico
My Commission Expires 5/12/17

Galen Quinn
Process Server

Our Job Serial Number: MPP-2014009308

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m