IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                          Case. No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs have failed to take any steps to prosecute their claims against Defendant Jason Loera for 135 days, or since September 30, 2014. *See* [Doc. 24] at 2 (Plaintiffs' return of service). Accordingly, Plaintiffs must show good cause within 30 days why their claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiffs show cause no later than **March 16, 2015**, why their claims against Defendant Loera should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

                                                                                        _____

                                                                                        **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**