IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

      Plaintiffs,

v.                                              No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

      Defendants.[1]

## ORDER SETTING TELEPHONIC HEARING

**Date and time**:        September 23, 2015, at 1:30 p.m.

**Matter to be heard**: Hearing regarding timing and scope of discovery related to Defendant Bregman's motion for summary judgment

On September 2, 2105, the Honorable William P. Johnson, United States District Judge, issued a Memorandum Opinion and Order [Doc. 157] granting Plaintiff's Motion Pursuant to Fed. R. Civ. P. 56(d) and denying without prejudice Defendant Bregman's Motion for Summary Judgment. Judge Johnson found that under Rule 56(d), Plaintiffs should be allowed to engage in some limited discovery before being required to respond to the Defendant Bregman's Motion for Summary Judgment. [Doc. 157]. To determine the temporal and substantive scope of such discovery, and to determine when Defendant Bregman may re-file his motion, the Court will

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

hold a telephonic hearing.  Counsel must confer with each other prior to the hearing and make a good faith effort to develop a mutually agreed-on proposal for such discovery.

**IT IS THEREFORE ORDERED** that a telephonic hearing is set for **September 23, 2015, at 1:30 p.m.**   To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**.

**IT IS FURTHER ORDERED** that *in advance of the hearing*, counsel for Plaintiff and Defendant Bregman must meet and attempt to reach a stipulation as to the time allowed for and the scope of the discovery.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**