IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, AND KIM RONQUILLO,

        Plaintiffs,

v.                                Case No.: 1:14-CV-00599-WJ-SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and
BRUCE WETHERBEE,

        Defendants.

**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME REGARDING PLAINTIFFS' ANSWERS, OBJECTIONS, AND RESPONSES TO DEFENDANT SAM BREGMAN'S FIRST SET OF INTERROGATORIES, FIRST SET OF REQUESTS FOR PRODUCTION, AND FIRST SET OF REQUESTS FOR ADMISSIONS PROPOUNDED TO PLAINTIFFS**

THIS MATTER having come before the Court on the Plaintiffs' Unopposed Motion for Extension of Time to until November 11, 2015, in which to file their Answers, Objections, and Responses to Defendant Sam Bregman's First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admissions propounded to Plaintiffs, and the Court having reviewed the motion and otherwise being advised in the premises, finds that the Motion is well taken and should be granted.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs shall have to and November 11, 2015, to file his Answers, Objections, and Responses to Defendant Sam Bregman's First Set of Interrogatories, First Set of Requests for Production, and

First Set of Requests for Admissions propounded to Plaintiffs.

STEPHAN M. VIDMAR<br>UNITED STATES MAGISTRATE JUDGE



Submitted by:

Marc D. Flink
Baker & Hostetler LLP
1801 California St., Suite 4400
Denver, CO 80202-2662
Phone: (303) 764-4030
mflink@bakerlaw.com

Angelo J. Artuso
P.O. Box 51763
Albuquerque, NM 87181
Phone: (505) 306-5063
angelo.artuso@brytewerks.com

Eric A. Packel
Baker & Hostetler LLP
Circa Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Phone: (215) 564-3031
Fax: (215) 566-3439
epackel@bakerlaw.com

Mark E. Braden
Baker & Hostetler LLP
Washington Square, Suite 1100
Connecticut Avenue, NW
Washington, DC 20036-5304
Phone: (202) 861-1504
Fax: (202) 861-1783
mbraden@bakerlaw.com

Theodore J. Kobus, III
Baker & Hostetler LLP
45 Rockefeller Plaza 14th Floor
New York, NY 10111
Phone: (212) 589-4200
Fax: (212) 589-4201
tkobus@bakerlaw.com

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
Phone: (505) 938-3335
patrogers@patrogerslaw.com

*Attorneys for Plaintiffs*

Approved as to Subject Matter by:

<u>*No opposition by James Wilkey stated in email dated October 15, 2015*</u>
Gerald G. Dixon
Steven S. Scholl
James C. Wilkey
DIXON, SCHOLL & BAILEY, P.A.
*Attorneys for Defendant Sam Bregman*
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone:  (505) 244-3890
Fax: (505) 244-3889
jdixon@dsblaw.com
sscholl@dsblaw.com
jwilkey@dsblaw.com

*Attorneys for Defendant Sam Bregman*

*No opposition by Kristina Martinez stated in email dated October 15, 2015*
Carolyn M. "Cammie" Nichols
Brendan K. Egan
Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87102
Phone:  (505) 243-1443
Fax: (505) 242-7845
cmnichols@rothsteinlaw.com
bkegan@rothsteinlaw.com

Kristina Martinez
Coberly & Martinez LLLP
1322 Paseo de Peralta
Santa Fe, NM 87501
(505) 989-1029
kristina@coberlymartinez.com

*Attorneys for Defendant Michael Corwin*

*No opposition by Zachary Ives stated in email dated October 15, 2015*
Zachary A. Ives
Emily Molly Schmidt-Nowara
Matthew L. Garcia
Garcia Ives Nowara
201 Third St. NW, Suite 480
Albuquerque, NM 87102
Phone (505) 899-1030
Fax (505) 890-1051
zach@ginlawfirm.com
molly@ginlawfirm.com
matt@ginlawfirm.com

*Attorneys for Defendant Jamie Estrada*

*No opposition by Bruce Wetherbee stated in email dated October 15, 2015*
Bruce Wetherbee
329 Rosario Hill
Santa Fe, NM 87501
Phone: (505) 501-1570
locationsmanager@gmail.com

*Pro Se Defendant*