IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                                                                   No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## ORDER SETTING MOTION HEARING

**Date and time**:            January 11, 2016, at 9:00 a.m.

**Matter to be heard**:  Plaintiffs' Motion for Protective Order [Doc. 163], Defendant Bregman's Motion for Protective Order, [Doc. 179], Defendant Wetherbee's Motion to Join Additional Parties and Amend Pleadings [Doc. 181], Defendant Bregman's Opposed Motion for Extension of Time to File Motion to Disqualify Patrick J. Rogers [Doc. 187], and Plaintiffs' Motion to Strike Doc. 181/Motion to Amend/Correct [Doc. 208].

    **IT IS ORDERED** that a hearing on the Motions listed above is set for January 11, 2016, at 9:00 a.m. in the Rio Grande Courtroom, on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

    **IT IS SO ORDERED.**

                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].