# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

      **Plaintiffs,**

**v.**                                                                 **No. 14-cv-0599 WJ/SMV**

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

      **Defendants.**[1]

## AMENDED[2] ORDER SETTING MOTION HEARING

**Date and time**:      January 11, 2016, at 9:00 a.m.

**Matter to be heard**:  Plaintiffs' Motion for Protective Order [Doc. 163], Defendant Bregman's Motion for Protective Order [Doc. 179], Defendant Wetherbee's Motion to Join Additional Parties and Amend Pleadings [Doc. 181], Defendant Bregman's Opposed Motion for Extension of Time to File Motion to Disqualify Patrick J. Rogers [Doc. 187], Plaintiffs' Motion to Strike Doc. 181/Motion to Amend/Correct [Doc. 208], and Plaintiff's Motion to Compel Defendant Bregman to Respond Without Objection to Plaintiffs' First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admissions Propounded by Plaintiffs and, as appropriate, to Provide a Compliant Privilege Log [Doc. 213].

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford.  [Doc. 98].  Accordingly, Galassini-Ford is no longer a party to this action.  On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera.  [Doc. 110].

[2] This Order is amended only to reflect that counsel should be prepared to present arguments on Plaintiff's Motion to Compel [Doc. 213].

**IT IS ORDERED** that a hearing on the Motions listed above is set for January 11, 2016, at 9:00 a.m. in the Rio Grande Courtroom, on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**