IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                            Case. No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:     November 17, 2015, at 3:00 p.m., Mountain Standard Time

**Matter to be heard**:     Plaintiffs' Motion to Expedite Briefing as Necessary to Allow for a Ruling on Plaintiffs' Motions for Protective Orders before the Dates of Depositions of Plaintiffs, Ryan Cangiolosi, and Matthew Kennicott [Doc. 221]

A telephonic hearing on Plaintiff's Motion for Expedited Briefing [Doc. 221] is set for **November 17, 2015, at 3:00 p.m., MST**. To connect to the proceedings, the parties shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**. Counsel and pro se parties are reminded to have their calendars available.

    IT IS SO ORDERED.

                                                          STEPHAN M. VIDMAR
                                                          United States Magistrate Judge

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].