IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

    Plaintiffs,

v.                                                                                                                No. 14-cv-0599 WJ/SMV

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

    Defendants.[1]

## ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING

THIS MATTER is before the Court on Plaintiffs' Motion to Expedite Briefing as Necessary to Allow for a Ruling on Plaintiffs' Motions for Protective Orders Before the Dates of Depositions of Plaintiffs, Ryan Cangiolosi, and Matthew Kennicott by Crystal Amaya, Brad Cates, Brian Moore, Kim Ronquillo, [Doc. 221], filed November 10, 2015.  The Court, having heard oral argument on November 17, 2015, and being fully advised in the premises, finds that the Motion is well-taken and should be **GRANTED**.

The briefing schedule for Plaintiffs' Motions for Protective Orders [Doc. 219, 220], is set as follows. Defendants shall file their responses by **November 25, 2015, at 12:00 p.m.**  Plaintiffs shall file their replies by **December 1, 2015, at 12:00 p.m.**  If Plaintiffs choose not to reply, they shall notify the Court as early as possible. The Court will hear argument on the motions

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98].  Accordingly, Galassini-Ford is no longer a party to this action.  On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

telephonically on **December 2, 2015, at 1:30 p.m., MST.** To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at (215) 446-3656, using code 4382538.

Further, the deposition of Matthew Kennicott currently set for November 23, 2015 is **VACATED**. It should not be rescheduled until December 8, 2015, or later.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Expedite Briefing [Doc. 221] is **GRANTED.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**