IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.   No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:   December 2, 2015, at 1:30 p.m., MST.

**Matters to be heard**: Plaintiffs' Motion for Protective Order Regarding the Sequence, Timing, and Scope of the Depositions of Plaintiffs Noticed by Defendant Sam Bregman by Crystal Amaya, Brad Cates, Brian Moore, Kim Ronquillo [Doc. 219] and

Plaintiffs' Motion for Protective Order Regarding the Sequence, Timing, and Scope of the Depositions of Matthew Kennicott and Ryan Cangiolosi Noticed by Defendant Sam Bregman by Crystal Amaya, Brad Cates, Brian Moore, Kim Ronquillo [Doc. 220]

**IT IS ORDERED** that a telephonic hearing on Plaintiffs' Motions for Protective Orders [Docs. 219, 220] is set for **December 2, 2015, at 1:30 p.m., MST.** To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at (215) 446-3656, using code 4382538.

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**