IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                                                    No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## ORDER GRANTING IN PART PLAINTIFFS' MOTIONS FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for Protective Order Regarding the Sequence, Timing, and Scope of the Depositions of Plaintiffs Noticed by Defendant Sam Bregman, [Doc. 219], and Plaintiffs' Motion for Protective Order Regarding the Sequence, Timing, and Scope of the Depositions of Matthew Kennicott and Ryan Cangiolosi Noticed by Defendant Sam Bregman, [Doc. 220], both filed on November 10, 2015. Defendant Bregman responded on November 25, 2015. [Docs. 246, 247]. The other Defendants joined that response on November 25, 2015. [Docs. 248, 249, 250, 251]. Plaintiffs replied on December 1, 2015. [Docs. 253, 254].

The Court heard oral argument on December 2, 2015, has reviewed the relevant documents and law, and is otherwise fully advised in the premises. Therefore, for the reasons

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

stated on the record, the Court finds that the Motions are well-taken and should be **GRANTED in part.**

The depositions scheduled for December 8, 14, 15, 17, and 18, 2015 are **VACATED**, and all other deposition discovery is **STAYED** until the presiding judge has ruled on Defendant Wetherbee's Motion to Join and Amend, [Doc. 181], and the undersigned has ruled on the motions currently set for hearing on January 11, 2016.  Written discovery and attempts to resolve discovery disputes may continue.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motions for Protective Order [Docs. 219, 220] are **GRANTED in part.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**