IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                                                                                                         No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

**SECOND AMENDED ORDER SETTING HEARING, NOTICE OF
EVIDENTIARY HEARING, AND ORDER FOR SUBMISSION OF EVIDENCE**

**Date and time**:        January 11, 2016, at 9:00 a.m.

**Matters to be heard**: Plaintiffs' Motion for Protective Order [Doc. 163]
                             Defendant Bregman's Motion for Protective Order [Doc. 179]
                             Defendant Bregman's Opposed Motion for Extension of Time to File
                             Motion to Disqualify Patrick J. Rogers [Doc. 187]
                             Plaintiffs' Motion to Strike Doc. 181 [Doc. 208]
                             Plaintiffs' Motion to Compel [Doc. 213]

A hearing is scheduled for January 11, 2016 [Doc. 211] on several motions, including Plaintiffs' Motion for Protective Order [Doc. 163] and Defendant Bregman's Motion for Protective Order [Doc. 179]. Plaintiffs ask the Court to compel Defendant Bregman to produce information pertaining to communications among himself and the other defendants. *See generally* [Doc. 213]. Defendant Bregman objects to the requests and seeks a protective order based, in part, on the attorney-client privilege. *See* [Doc. 179] at 13–17. Plaintiffs argue that

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

Defendant Bregman has not established an attorney-client relationship with the other Defendants. *See* [Doc. 213] at 21–23. The Court will hold an evidentiary hearing on this issue, i.e., whether an attorney-client privilege existed between Defendant Bregman and any other Defendant between July 29, 2011, and June 15, 2012, at the hearing currently set for January 11, 2016.

No later than **5:00 p.m. on Monday, January 4, 2016**, Defendant Bregman must file on the record (1) copies of all documents he intends to introduce at the hearing (e.g., engagement letters, billing records), and (2) a list of all witnesses he intends to call, with a summary of each witness's anticipated testimony.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**