## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

    **Plaintiffs,**

v.                                                                    No. 14-cv-0599 WJ/SMV

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

    **Defendants.**[1]

### ORDER DENYING DEFENDANT BREGMAN'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISQUALIFY PATRICK J. ROGERS

THIS MATTER is before the Court on Defendant Bregman's Opposed Motion for Extension of Time to File Motion to Disqualify Patrick J. Rogers ("Motion"), [Doc. 187], filed October 13, 2015.  Plaintiffs responded on October 30, 2015.  [Doc. 214].  Defendant Bregman replied on December 4, 2015.  [Doc. 269].  The Court heard oral argument on January 11, 2016, has reviewed the relevant documents and law, and is otherwise fully advised in the premises.  For the reasons stated on the record at the hearing, Defendant Bregman's Motion will be **DENIED without prejudice.**

If it becomes apparent at a later time that Mr. Rogers will be a necessary witness on a genuinely contested issue in this case, Defendant Bregman may request leave to re-file his Motion.

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford.  [Doc. 98].  Accordingly, Galassini-Ford is no longer a party to this action.  On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera.  [Doc. 110].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Bregman's Opposed Motion for Extension of Time to File Motion to Disqualify Patrick J. Rogers [Doc. 187] is **DENIED without prejudice.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**