**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

    Plaintiffs,

v.                                                                                                        No. 14-cv-0599 WJ/SMV

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

    Defendants.[1]

**ORDER GRANTING PLAINTIFFS' MOTION**
**REGARDING SCHEDULING ORDER DEADLINES**

THIS matter is before the Court on Plaintiffs' Partially Opposed Motion for the Court to Address at the January 11, 2016 Hearing Scheduling Order Deadlines Relating to Discovery Cut-Off and Expert Disclosures, and Other Deadlines that the Court Deems Appropriate [Doc. 225] filed November 12, 2015. Defendant Bregman responded on November 30, 2015. [Doc. 252]. Defendants Corwin and Wetherbee joined the response on December 3, 2015. [Docs. 263, 265]. Plaintiffs replied on December 21, 2015. [Doc. 293]. The Court heard oral argument on January 11, 2016, has reviewed the relevant documents and law, and is otherwise fully advised in the premises. For the reasons stated on the record at the hearing, Plaintiffs' Motion will be **GRANTED.**

Counsel shall meet and confer to discuss new deadlines for the identification of expert witnesses, completion of discovery, motions relating to discovery, pretrial motions, and the

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

pretrial order.  Plaintiffs' counsel shall file a joint status report by **5:00 p.m. on January 19, 2016**, that provides the agreed-upon deadlines or advises the Court that the parties were unable to agree.  The Court will issue an amended scheduling order.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Partially Opposed Motion for the Court to Address at the January 11, 2016 Hearing Scheduling Order Deadlines Relating to Discovery Cut-Off and Expert Disclosures, and Other Deadlines that the Court Deems Appropriate [Doc. 225] is **GRANTED.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**