# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

     **Plaintiffs,**

**v.**                                                                                    **No. 14-cv-0599 WJ/SMV**

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

     **Defendants.**[1]

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       March 1, 2016, at 9:30 a.m.

**Matter to be heard**:  Status Conference

The telephonic status conference set for February 10, 2016, [Doc. 144], is VACATED and RESET for **March 1, 2016, at 9:30 a.m.**  To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**. Parties shall be prepared to discuss the status of discovery completed and any additional discovery anticipated.

     **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford.  [Doc. 98].  Accordingly, Galassini-Ford is no longer a party to this action.  On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera.  [Doc. 110].