**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, AND KIM RONQUILLO,

        Plaintiffs,

v.                                      Case No.: 1:14-CV-00599-WJ-SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, JASON LOERA, and
BRUCE WETHERBEE,

        Defendants.

**ORDER REGARDING FIFTH UNOPPOSED MOTION TO ENLARGE TIME PERIOD TO FILE MOTION TO COMPEL PRODUCTION OF SUPPLEMENTAL RESPONSES BY THE PLAINTIFFS TO DEFENDANT BREGMAN'S FIRST SET OF INTERROGATORIES, FIRST SET OF REQUESTS FOR PRODUCTION, AND FIRST SET OF REQUESTS FOR ADMISSIONS TO THE PLAINTIFFS AND DEFENDANT SAM BREGMAN'S SECOND SET OF INTERROGATORIES, SECOND SET OF REQUESTS FOR PRODUCTION, AND SECOND SET OF REQUESTS FOR ADMISSIONS TO THE PLAINTIFFS**

THIS MATTER having come before the Court on the Fifth Unopposed Motion to Enlarge Time Period to file Motion to Compel Production of Supplemental Responses by the Plaintiffs to Defendant Bregman's First Set of Interrogatories, First Set of Requests For Production, And First Set of Requests For Admissions To The Plaintiffs And Defendant Sam Bregman's Second Set of Interrogatories, Second Set of Requests For Production, And Second Set of Requests For Admissions To The Plaintiffs, filed by Defendant Bregman, and the Court having reviewed the motion and otherwise being advised in the premises, finds that the Motion is well taken and should be granted.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Bregman shall have until February 19, 2016, to file a Motion to Compel Production of Supplemental Responses by the Plaintiffs to Defendant Bregman's First Set of Interrogatories, First Set of Requests For Production, And First Set of Requests For Admissions To The Plaintiffs And Defendant Sam Bregman's Second Set of Interrogatories, Second Set of Requests For Production, And Second Set of Requests For Admissions To The Plaintiffs.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ James C. Wilkey
Gerald G. Dixon
Steven S. Scholl
James C. Wilkey
DIXON•SCHOLL•CARRILLO•P.A.
*Attorneys for Defendant Sam Bregman*
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone:  (505) 244-3890
Fax: (505) 244-3889
jdixon@dsblaw.com
sscholl@dsblaw.com
jwilkey@dsblaw.com

Approved as to Subject Matter by:

*Approved via email on 02-03-16*
Angelo J. Artuso
P.O. Box 51763
Albuquerque, NM 87181
Phone: (505) 306-5063
angelo.artuso@brytewerks.com

Eric A. Packel
Baker & Hostetler, LLP
Circa Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Phone:  (215) 564-3031
Fax: (215) 566-3439
epackel@bakerlaw.com

Mark E. Braden
Baker & Hostetler, LLP
Washington Square, Suite 1100
Connecticut Avenue, NW
Washington, DC 20036-5304
Phone: (202) 861-1504
Fax: (202) 861-1783
mbraden@bakerlaw.com

Theodore J. Kobus, III
Baker & Hostetler, LLP
45 Rockefeller Plaza 14th Floor
New York, NY 10111
Phone: (212) 589-4200
Fax: (212) 589-4201
tkobus@bakerlaw.com

Marc D. Flink
Baker & Hostetler, LLP
1801 California St., Suite 4400
Denver, CO 80202-2662
Phone: (303) 764-4030
mflink@bakerlaw.com

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
Phone: (505) 938-3335
patrogers@patrogerslaw.com

*Attorneys for Plaintiffs*

*Approved via email on 02-03-16*
Carolyn M. "Cammie" Nichols
Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87102
Phone:  (505) 243-1443
Fax: (505) 242-7845
cmnichols@rothsteinlaw.com

Kristina Martinez
Coberly & Martinez LLLP
1322 Paseo de Peralta
Santa Fe, NM 87501
(505) 989-1029
kristina@coberlymartinez.com

*Attorneys for Defendant Michael Corwin*

*Approved via email on 02-03-16*
Zachary A. Ives
Emily Molly Schmidt-Nowara
Matthew L. Garcia
Garcia Ives Nowara
201 Third St. NW, Suite 480
Albuquerque, NM 87102
Phone (505) 899-1030
Fax (505) 890-1051
zach@ginlawfirm.com
molly@ginlawfirm.com

*Attorneys for Defendant Jamie Estrada*

*Approved via email on 02-03-16*
Bruce Wetherbee
329 Rosario Hill
Santa Fe, NM 87501
Phone: (505) 501-1570
locationsmanager@gmail.com

*Pro Se Defendant*