IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, AND KIM RONQUILLO,

      Plaintiffs,

v.                                                                  Case No.: 1:14-CV-00599-WJ-SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, JASON LOERA, and
BRUCE WETHERBEE,

      Defendants.

**ORDER ON DEFENDANT SAM BREGMAN'S UNOPPOSED MOTION TO ENLARGE TIME PERIOD TO SUPPLEMENT ANSWERS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, FIRST SET OF REQUESTS FOR PRODUCTION, AND FIRST SET OF REQUESTS FOR ADMISSION UNDER COURT'S ORDER REGARDING SCOPE OF DISCOVERY (DOC. 323)**

      THIS MATTER having come before the Court on Defendant Sam Bregman's Unopposed Motion to Enlarge the Time Period for Mr. Bregman to file supplemental Answers and Responses to Plaintiffs First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission from February 10, 2016 as ordered by the Court in its Order Regarding Scope of Discovery 5-10, filed on January 13, 2016 (Doc. 323), to February 23, 2016, and the Court having reviewed the motion and otherwise being advised in the premises, finds that the Motion is well taken and should be granted.

      IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Bregman shall have until February 23, 2016, to serve supplemental Answers and Responses not affected by pending Objections to Plaintiffs First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission from February 10, 2016 as ordered by the

Court in its Order Regarding Scope of Discovery 5-10, filed on January 13, 2016 (Doc. 323), to February 23, 2016.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ James C. Wilkey
Gerald G. Dixon
Steven S. Scholl
James C. Wilkey
DIXON•SCHOLL•CARRILLO•P.A.
*Attorneys for Defendant Sam Bregman*
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone: (505) 244-3890
Fax: (505) 244-3889
jdixon@dsblaw.com
sscholl@dsblaw.com
jwilkey@dsblaw.com

Approved as to Subject Matter by:

*Approved via email on 02-10-16*
Angelo J. Artuso
P.O. Box 51763
Albuquerque, NM 87181
angelo.artuso@brytewerks.com

*Approved via email on 02-10-16*
Eric A. Packel
Baker & Hostetler, LLP
Circa Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
epackel@bakerlaw.com

Mark E. Braden
Baker & Hostetler, LLP
Washington Square, Suite 1100
Connecticut Avenue, NW
Washington, DC 20036-5304
mbraden@bakerlaw.com

Theodore J. Kobus, III
Baker & Hostetler, LLP
45 Rockefeller Plaza 14th Floor
New York, NY 10111
tkobus@bakerlaw.com

Marc D. Flink
Baker & Hostetler, LLP
1801 California St., Suite 4400
Denver, CO 80202-2662
mflink@bakerlaw.com

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

*Attorneys for Plaintiffs*


<u>Approved via email on 02-10-16</u>
Carolyn M. "Cammie" Nichols
Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87102
cmnichols@rothsteinlaw.com

Kristina Martinez
Coberly & Martinez LLLP
1322 Paseo de Peralta
Santa Fe, NM 87501
kristina@coberlymartinez.com

*Attorneys for Defendant Michael Corwin*

*Approved via email on 02-10-16*
Zachary A. Ives
Emily Molly Schmidt-Nowara
Garcia Ives Nowara
201 Third St. NW, Suite 480
Albuquerque, NM 87102
zach@ginlawfirm.com
molly@ginlawfirm.com

*Attorneys for Defendant Jamie Estrada*

*Approved via email on 02-10-16*
Bruce Wetherbee
329 Rosario Hill
Santa Fe, NM 87501
Phone: (505) 501-1570
locationsmanager@gmail.com

*Pro Se Defendant*