IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, AND KIM RONQUILLO,

    Plaintiffs,

v.                                                                                                  Case 1:14-cv-00599-WJ-SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.

**ORDER ON DEFENDANT MICHAEL CORWIN'S
UNOPPOSED MOTION FOR EXTENSTIONS OF TIME**

    This matter came before the Court on DEFENDANT MICHAEL CORWIN'S UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO AMEND, SUPPLEMENT, OR MODIFY CERTAIN DISCOVERY RESPONSES AND FOR PLAINTIFFS TO MOVE TO COMPEL.  (Doc. 364.) The Court, noting that no party opposes the motion, finds that the motion is well taken and grants the motion.

    Mr. Corwin will have until February 17, 2016, to provide any supplemental, modified, or amended responses and objections to Plaintiffs' First Set of Interrogatories, First Set of Requests for Production, First Set of Requests for Admissions, Second Set of Interrogatories, and Second Set of Requests for Production. Plaintiffs will have until March 11, 2016, to move to compel with respect to Mr. Corwin's responses to Plaintiffs' First Set of Interrogatories, First Set of Requests for Production, First Set of Requests for Admissions, Second Set of Interrogatories, and Second Set of Requests for Production.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ *Kristina Martinez*
Carolyn M. "Cammie" Nichols
Kristina Martinez
Counsel for Defendant Michael Corwin

Approved by:

Marc Flink
Counsel for Plaintiffs

Bruce Wetherbee
Pro Se Defendant

Gerald G. Dixon
Steven S. Scholl
James C. Wilkey
Counsel for Defendant Sam Bregman

Zachary A. Ives
Counsel for Defendant Jamie Estrada