IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

    Plaintiffs,

v.  No. 14-cv-0599 WJ/SMV

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

    Defendants.[1]

## ORDER SETTING MOTION HEARING

**Location:**     Rio Grande Courtroom
                  Pete V. Domenici United States Courthouse
                  333 Lomas Boulevard Northwest
                  Albuquerque, New Mexico

**Date and time**:  February 26, 2016, at 10:00 a.m.

**Matter to be heard**:  Anissa Ford's Objections and Responses to Subpoena/Motion to Quash Subpoena [Doc. 298]

    **IT IS ORDERED** that an in-person hearing on Anissa Ford's Objections and Responses to Subpoena/Motion to Quash Subpoena [Doc. 298] is set for **February 26, 2016, at 10:00 a.m.** in the Rio Grande Courtroom at the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

                                                 _____
                                                 **STEPHAN M. VIDMAR**
                                                 **United States Magistrate Judge**

---

[1] On March 23, 2015, the Court dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].