IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                                                                     No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## ORDER OVERRULING IN PART AND SUSTAINING IN PART ANISSA FORD'S OBJECTIONS TO SUBPOENA

THIS MATTER is before the Court on Anissa Ford's Objections and Responses to Subpoena/Motion to Quash Subpoena [Doc. 298], filed on December 23, 2015, and her Supplemental Objections to Subpoena and Second Motion for a Partial Quashing or Modification of Subpoena [Doc. 301], filed on December 28, 2015.  Plaintiffs responded on January 25, 2016.  [Doc. 340].  Ms. Ford replied on February 9, 2016.  [Doc. 361].  The Court held a hearing on February 26, 2016.  On review of the relevant briefing, Anissa Ford's privilege log, and on in camera review of documents Bates-stamped as FordSubopoena 00037–000281, and relevant law, and being otherwise fully advised in the premises.  For the reasons stated on the record at the hearing, Ms. Ford's Objections/Motion to Quash will be **OVERRULED in part and SUSTAINED in part.**

---

[1] On March 23, 2015, the Court dismissed all claims against Defendant Anissa Galassini-Ford.  [Doc. 98].  Accordingly, Galassini-Ford is no longer a party to this action.  On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera.  [Doc. 110].

Anissa Ford is hereby ORDERED to provide the following responses to the subpoena:

| Request No. | Anissa Ford's Required Action |
|---|---|
| 1 | None |
| 2 | None |
| 3 | None |
| 4 | None |
| 5 | None |
| 6 | None |
| 7 | None |
| 8 | None. Having reviewed the documents in question (FordSubpoena 00038–00272), the Court finds that they are not relevant to any material issue in this lawsuit. Objection sustained. |
| 9 | Objection overruled. Ms. Ford must produce items responsive to Request 9. Specifically, she must produce the documents labeled in her privilege log as Nos. 9, 10, 11, and 12 (FordSubpoena 00275–00281) to Plaintiffs no later than **March 18, 2016.** |
| 10 | None |
| 11 | None |
| 12 | None |
| 13 | None. Having reviewed the document in question (FordSubpoena 00037), the Court finds that it is privileged. Objection sustained. |

Ms. Ford has stated that she has no documents responsive to Requests 1, 2, 3, 4, 5, 6, 10, 11, or 12. Her responses are sufficient. Plaintiffs are entitled to depose her and others on the veracity of her statement and may ask the Court for reconsideration of its ruling should new

information come to light.  However, as to these Requests, no action is required on Ms. Ford's part at this time.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Anissa Ford's Objections and Responses to Subpoena/Motion to Quash Subpoena [Doc. 298] is **OVERRULED in part and SUSTAINED in part.**

      IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**