## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

    Plaintiffs,

v.                                                       No. 14-cv-0599 WJ/SMV

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

    Defendants.[1]

### ORDER SETTING SECOND RULE 16 SCHEDULING CONFERENCE

**Location:**        Rio Grande Courtroom
               Pete V. Domenici United States Courthouse
               333 Lomas Boulevard Northwest
               Albuquerque, New Mexico

**Date and time**:   March 31, 2016, at 10:00 a.m.

      **IT IS ORDERED** that a second Rule 16 Scheduling Conference is set for **March 31, 2016, at 10:00 a.m.** in the Rio Grande Courtroom at the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard Northwest, Albuquerque, New Mexico.

      In order to create a revised plan for completing discovery, parties should be ready to discuss discovery that has been completed and additional discovery the parties wish to do (and the order in which they want to do it). Parties should also be ready to discuss possible dates for

---

[1] On March 23, 2015, the Court dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

depositions on which the Court would be available to telephonically address disputes that may arise.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**