IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

    Plaintiffs,

v.                                                                                   No. 14-cv-0599 WJ/SMV

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

    Defendants.[1]

## ORDER SETTING MOTION HEARING

**Location:**          Rio Grande Courtroom
                      Pete V. Domenici United States Courthouse
                      333 Lomas Boulevard Northwest
                      Albuquerque, New Mexico

**Date and time**:     Monday, May 9, 2016, at 9:00 a.m.

**Matter to be heard**:    Pending discovery motions

      **IT IS ORDERED** that due to the unavailability of courtrooms on May 26, 2016, an in-person hearing on all pending discovery motions is set for Monday, May 9, 2016, at 9:00 a.m. in the Rio Grande Courtroom at the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard Northwest, Albuquerque, New Mexico.

      **IT IS SO ORDERED.**

                                                    _____
                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**

---

[1] On March 23, 2015, the Court dismissed all claims against Defendant Anissa Ford. [Doc. 98]. Accordingly, Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].