IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.   No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling.  IT IS HEREBY ORDERED that the briefing on Plaintiffs' Motion to Compel regarding Defendant Michael Corwin [Doc. 435] and Plaintiffs' Motion to Compel regarding Defendant Bruce Wetherbee [Doc. 438] is set as follows:

1. Defendants' Response is due by **April 25, 2016**.

2. Plaintiffs' Reply, if any, is due by **May 2, 2016**.

A hearing on these Motions and Defendant Bregman's Motion to Compel [Doc. 377] has been set for May 9, 2016, at 9:00 a.m. in Albuquerque, NM.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford.  [Doc. 98].  Accordingly, Galassini-Ford is no longer a party to this action.  On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera.  [Doc. 110].