IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                              No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

THIS MATTER is before the Court on Plaintiffs' Opposed Motion for Protective Order [Doc. 465], filed May 3, 2016.  Defendant Bregman is hereby ordered to respond to Sections I and II of Plaintiffs' argument, [Doc. 465] at 13–14, no later than **3:00 p.m. on Friday, May 6, 2016**.  Specifically, Defendant Bregman must address Plaintiffs' allegations that he failed to comply with Fed. R. Civ. P. 45(a)(4) and D.N.M.LR-Civ. 30.1.  No reply will be permitted.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] On March 23, 2015, the Honorable William P. Johnson, United States District Judge, dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98].  Accordingly, Galassini-Ford is no longer a party to this action.  On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].