# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

     **Plaintiffs,**

**v.**                                                            **No. 14-cv-0599 WJ/SMV**

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

     **Defendants.[1]**

## ORDER REGARDING DEFENDANT BREGMAN'S DOCUMENTS WITHHELD ON THE BASIS OF THE ATTORNEY-CLIENT PRIVILEGE

THIS MATTER is before the Court sua sponte. At a hearing on unrelated motions on May 9, 2016, Plaintiffs' counsel raised the issue of Defendant Bregman's compliance with the Court's Order Regarding the Scope of Discovery. [Doc. 323]. In order to ensure that Defendant Bregman has fully complied with that order, no later than **May 20, 2016**, Plaintiffs must identify with specificity which documents have not been produced on the basis of attorney-client privilege.

### Background

On January 13, 2016, the Court issued an Order Regarding the Scope of Discovery. [Doc. 323]. Defendant Bregman was ordered to provide responses to certain of Plaintiffs' discovery requests. *Id*. at 5–9. He was further ordered to "provide a proper privilege log, and

---

[1] On March 23, 2015, the Court dismissed all claims against Defendant Anissa Galassini-Ford. [Doc. 98]. Accordingly, Galassini-Ford is no longer a party to this action. On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].

submit unredacted and Bates-stamped copies of all documents withheld on the grounds of attorney-client privilege to the Court for in camera review." *Id.* at 10.  Since then, Defendant Bregman has provided the Court an Amended Privilege Log and a Second Amended Privilege Log listing the documents withheld on the basis of the attorney-client privilege.  He has also provided the Court with some of the documents identified in the logs.  Because of the piecemeal manner in which the logs and documents were submitted, it is difficult to tell exactly which documents Defendant Bregman has produced and which he documents he continues to withhold.

In order to ensure that Defendant Bregman has fully complied with the Court's order regarding the scope of discovery, no later than **May 20, 2016**, Plaintiffs must identify with specificity which documents have not been produced on the basis of attorney-client privilege.

**IT IS SO ORDERED.**

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**