IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                               No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.[1]

## SUPPLEMENTAL ORDER ON DEFENDANT BREGMAN'S MOTION TO COMPEL

THIS MATTER is before the Court on Defendant Bregman's Motion to Compel Discovery ("Motion") [Doc. 377], filed February 19, 2016. The Court granted in part and denied in part the Motion on May 10, 2016. [Doc. 473]. Part of that Order required Plaintiffs to submit for *in camera* review, unredacted, Bates-stamped copies of documents responsive to Interrogatory number 7. The Court has reviewed the unredacted versions of PlaintiffsfromLoera03588–03590. The documents are not relevant to any claim or defense in this matter. They are not reasonably calculated to lead to the discovery of admissible evidence.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Bregman's Motion to Compel Discovery [Doc. 377] is **DENIED in part**. Plaintiffs need not produce unredacted copies of the documents responsive to Interrogatory number 7 (to wit: PlaintiffsfromLoera03588–03590).

IT IS SO ORDERED.

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**

---

[1] On April 14, 2015, the Clerk of Court entered default against Defendant Jason Loera. [Doc. 110].