IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL AMAYA, BRAD CATES,**
**BRIAN MOORE, and KIM RONQUILLO,**

    Plaintiffs,

v.                                                                                        No. 14-cv-0599 WJ/SMV

**SAM BREGMAN, MICHAEL CORWIN,**
**JAMIE ESTRADA, ANISSA GALASSINI-FORD,**
**JASON LOERA, and BRUCE WETHERBEE,**

    Defendants.

## ORDER COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANT BREGMAN

THIS MATTER is before the Court on Plaintiffs' Response to the Court's Order Dated May 10, 2016 [Doc. 491], filed on May 20, 2016.  In response to the Court's Order directing Plaintiffs to identify any documents Defendant Bregman has not produced on the basis of attorney-client privilege [Doc. 474], Plaintiffs indicated that there are documents that Defendant Bregman has not yet produced or has produced in redacted form.  The Court has reviewed the documents in camera.  The Court will order Defendant Bregman to produce unredacted copies of certain documents to Plaintiffs.

Defendant Bregman's objections are overruled and he must produce unredacted copies of the documents Bates-stamped as BREGMAN 000021, BREGMAN 00063–000066, and BREGMAN 000068–000072 to Plaintiffs no later than **June 4, 2016**.  Defendant Bregman's

objections are sustained and he is not required to produce copies of BREGMAN 000020 or BREGMAN 000029–000058.

Finally, confusion remains over BREGMAN 000023.  Plaintiffs have received a redacted copy of this document, but the Court has not received this document from Defendant Bregman.  He is therefore ordered to submit an unredacted copy to the Court no later than **May 27, 2016**, so that the Court may determine whether he must produce it to Plaintiffs.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**