IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL AMAYA, BRAD CATES,
BRIAN MOORE, and KIM RONQUILLO,

    Plaintiffs,

v.                                                                                        No. 14-cv-0599 WJ/SMV

SAM BREGMAN, MICHAEL CORWIN,
JAMIE ESTRADA, ANISSA GALASSINI-FORD,
JASON LOERA, and BRUCE WETHERBEE,

    Defendants.

## SECOND ORDER COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANT BREGMAN

THIS MATTER is before the Court on Defendant Bregman's response to the Court's Order Compelling Production of Documents by Defendant Bregman [Doc. 492]. The Court ordered Defendant Bregman to submit an unredacted copy of a document Bates-stamped as BREGMAN 000023 so that it could determine whether he must produce it to Plaintiffs. *Id*. Defendant Bregman complied with this order via an email to the Court on May 26, 2016.

The Court has reviewed the unredacted copy of BREGMAN 000023 and overrules Bregman's objections. Defendant Bregman must produce an unredacted copy of BREGMAN 000023 to Plaintiffs no later than **May 31, 2016**.

    IT IS SO ORDERED.

                                                                                  _____
                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**